**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ANGELIA JOHNSON,**

    Plaintiff,

v.   Case No.: 3:19-cv-49-DPJ-FKB

**CITIBANK, N.A., and HALSTED FINANCIAL SERVICES, LLC,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff Angelia Johnson and Defendants Citibank, N.A. and Halsted Financial Services, LLC have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Voluntary Dismissal with prejudice within the next forty-five (45) days.

Respectfully submitted this 22nd day of March 2019.

                                                  SCHLANGER LAW GROUP LLP

                                                By: */s/Brian K. Herrington*
                                                Brian K. Herrington, MB# 10204
                                                602 Steed Road, Suite 100
                                                T: 601-208-0013
                                                F: 646-612-7996
                                                bherrington@consumerprotection.net

                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                */s/Brian K. Herrington*
                                                Brian K. Herrington