**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

ANGELIA JOHNSON,                                  **Case No.: 3:19-cv-49-DPJ-FKB**

    Plaintiff,

                                                         **Hon. Judge Daniel P. Jordan III**

v.

CITIBANK, N.A.,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i), WITH PREJUDICE**

PLEASE TAKE NOTICE that, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Angelia Johnson, through undersigned counsel, hereby voluntarily dismisses the above-captioned action, with prejudice, and in its entirety, against Defendant Citibank, N.A.

The Defendant filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1) is therefore appropriate.

                                                            SCHLANGER LAW GROUP LLP

Date: May 15, 2019                              By: */s/Brian K. Herrington*
                                                           Brian K. Herrington
                                                           602 Steed Road, Suite 100
                                                           T: 601-208-0013
                                                           F: 646-612-7996
                                                           bherrington@consumerprotection.net
                                                           Attorneys for Plaintiff,
                                                           Angelia Johnson

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/Brian K. Herrington
Brian K. Herrington